# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3518
LT Case No. 2002-CF-068623-A

_____

GREG O. SANDERS,

Appellant,

v.

STATE of FLORIDA,

Appellee.

_____

3.800 appeal from Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Greg O. Sanders, Palm Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and EISNAUGLE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————